IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVEN J. COX, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:22-cv-1279-JMS-MJD |
| FCA US, LLC, | ) ) ) |
| Defendant. | ) ) |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This matter, having come before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and being duly advised in the premises hereby GRANTS said Motion [96].

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the suit filed by Plaintiff, Steven Cox against Defendant, FCA US LLC, in the above-captioned case is hereby dismissed with prejudice with each party to bear his or its own fees and costs.

SO ORDERED.

Date: 7/30/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Service will be made electronically
on all ECF-registered counsel
of record via e-mail generated
by the Court's ECF system.